**Roger L. SANFORD, Plaintiff–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Defendant–Appellee,**

**and**

**Togo D. West, Jr.; Phillip M. Hamme; Raymond Blanford; Julian Berry, as employees in their own capacity with the United States Department of Veterans Affairs, Defendants.**

No. 02–2172.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 27, 2003.

Decided April 1, 2003.

Roger L. Sanford, Appellant Pro Se. Kelly Rixner Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before WIDENER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Roger L. Sanford appeals the district court's order accepting the recommendation of the magistrate judge and awarding summary judgment to the Defendant on Sanford's Title VII discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sanford v. Principi,* No. CA–00–502–3 (S.D.W.Va. Sept. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court, and argument would not aid the decisional process.

*AFFIRMED*